IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RWT-13-0176 |
| | * | |
| DAVID J. SIMARD | * | |

## MOTION TO EXTEND TIME TO VOLUNTARILY SURRENDER
(30 Days)

COMES NOW the defendant, David J. Simard, by and through his attorney, Keith A. Showstack respectfully moves this Honorable Court to extend the defendant's time to voluntarily surrender in the above-captioned case to December 27, 2017.  In support of this request the defendant states as follows:

1. That on October 19, 2017, the Judgment in a Criminal Case was filed.  In brief, the defendant was sentenced to a total term of 36 months imprisonment.  The defendant was also ordered to voluntarily surrender before 2pm on November 27, 2017.

2. That since the filing of the Judgment in a Criminal Case, the defendant began experiencing severe pain in several of his teeth.  As a result of this pain, the defendant visited a dentist on November 14th and November 15th.  During these visits it was discovered that the defendant will require oral surgery to fix his teeth.  The oral surgeon found three areas of large abnormal oral growths and a biopsy was taken.  (See attached dental records.)

3. That the defendant was only recently aware of these issues and is respectfully requesting a brief (30) days extension of time to voluntarily surrender.  The defendant is concerned that the BOP will only extract teeth and not perform any other dental procedures.  He also is concerned that if he does not have the medical procedures done that decay and health issues could occur while he is

incarcerated.

    4.    That counsel is respectfully requesting that this Court issue an Order extending the defendant's time to voluntarily surrender to before 2pm on December 27, 2017.

    5.    That Assistant United States Attorney Michael C. Vasiliadis of the Tax Division for the United States Department of Justice objects to this request.

**WHEREFORE,** the defendant, David J. Simard, by and through his attorney, Keith A. Showstack, prays:

    A.    That this Motion to Extend Time to Voluntarily Surrender be granted by the Court issuing an Order extending the voluntary surrender date now scheduled for Monday, November 27, 2017, to Wednesday, December 27, 2017; and,

    B.    For such other and further relief as this Court deems just and proper.

Respectfully submitted,

*Keith A. Showstack*

Date:  November 21, 2017
_____
KEITH A. SHOWSTACK
LAW OFFICE OF KEITH SHOWSTACK, P.C.
Federal Bar Number:  16164
6309 Baltimore Avenue, Suite 302
Riverdale, Maryland 20737
301-209-0055
301-779-7809 (fax)
showstacklaw@gmail.com

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Motion to Extend Time to Voluntarily Surrender was electronically filed on November 21, 2017.

*Keith A. Showstack*

_____
KEITH A. SHOWSTACK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. RWT-13-0176** |
| | * | |
| **DAVID J. SIMARD** | * | |

## ORDER

Having read and considered the Defendant's Motion to Extend Time to Voluntarily Surrender, and entire proceedings having been considered, it is this _____ day of _____ 2017, by the United States District Court for the District of Maryland, hereby,

**ORDERED,** that the Defendant's Motion to Extend Time to Voluntarily Surrender be, and is hereby, **GRANTED**; and it is further;

**ORDERED**, that the Defendant's voluntary surrender date shall commence before 2pm on December 27, 2017.

_____
CIRCUIT COURT JUDGE

Keith A. Showstack, Esquire
6309 Baltimore Avenue, Suite 302
Riverdale, Maryland 20737

Lynn M. Celestin-Antonin, Esquire
Office of the State's Attorney
Prince George's County
14735 Main Street
Upper Marlboro, Maryland 20772